Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

**Robert Free**
Acting President

**Haley Stein**
Vice President, General Counsel & Secretary

**MTA** **Long Island Rail Road**

# MEMO ENDORSED.

**Application GRANTED.** The pre-settlement conference call currently scheduled for September 17, 2024, is **ADJOURNED** to **Tuesday, September 24, 2024, at 10:00 a.m.**

**SO ORDERED.**

**Ona T. Wang**                    Aug. 16, 2024
**U.S.M.J.**

August 14, 2024

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Honorable Ona T. Wang

Re:     William Bagnasco vs. Long Island Railroad Company
Docket No.:     23-cv-3721 (JPC)

Dear Judge Wang:

Defendant respectfully requests the recently scheduled pre-settlement conference for September 17, 2024, be adjourned to the 18th, 20th or 24th. Defense counsel is out of the office on the 17th yet still participating in a telephonic initial conference in the matter of Marchese v. LIRR, EDNY 24 CV 4904 at 11:45am.

Thank you for your understanding and courtesy.

Yours etc.,
Haley Stein, Esq.
Vice-President, General Counsel & Secretary

By:_**Thomas L Chiofolo**_
        Thomas L. Chiofolo, Esq.

cc:     Marc Wietzke, Esq.
        Flynn & Wietzke, PC

MTA Long Island Rail Road is an agency of the Metropolitan Transportation Authority, State of New York
**Janno Lieber**, MTA Chair & CEO